# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

**WILLIE EARL KEY, JR.**                                                   **PLAINTIFF**

**VS.**                          **CIVIL ACTION NO.: 1:15-CV-00062-MPM-DAS**

**ALCORN COUNTY, MISSISSIPPI**                                **DEFENDANT**

### STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED**, pursuant to Rule 41(a)(1)(ii), that the above-entitled action, Civil Action No. 1:15-CV-00062-MPM-DAS, may be dismissed with prejudice, pursuant to the terms of a Release of Claims and Settlement Agreement entered into between all Parties, which Agreement includes full provisions for any and all claims of attorneys' fees and costs arising in this action. The Parties further agree that based on the foregoing Stipulation, the Court may enter an Order dismissing this cause with prejudice.

This the 18th day of October, 2016.

                                                                                    Respectfully submitted,

                                                                                    */s/ Ron Woodruff*
                                                                                    Ron Woodruff, Attorney for Plaintiff

                                                                                    */s/ Jason T. Marsh*
                                                                                    Jason T. Marsh, Attorney for Defendants